# EXHIBIT A



**CORPORATE CREATIONS**®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL  33410

October 8, 2018

MarineMax, Inc.
Mike  McLamb
MarineMax, Inc.
2600 McCormick Drive, Suite 200
CLEARWATER  FL  33759

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note:  Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

**Item:** 2018-47

| | | |
|---|---|---|
| 1. | **Client Entity:** | MarineMax, Inc. |
| 2. | **Title of Action:** | Patrick and Colleen Bollom vs. Brunswick Corporation, etc., et al. |
| 3. | **Document(s) Served:** | Summons<br>Complaint |
| 4. | **Court/Agency:** | Hennepin County Fourth Judicial District Court |
| 5. | **State Served:** | Minnesota |
| 6. | **Case Number:** | N/A |
| 7. | **Case Type:** | Violation - Contrace |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 10/5/2018 |
| 10. | **Date to Client:** | Monday 10/08/2018 |
| 11. | **# Days When Answer Due:** 20<br>**Answer Due Date:** 10/25/2018 | **CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received. |
| 12. | **SOP Sender:**<br>(Name, Address and Phone Number) | Todd E. Gadtke<br>Maple Grove, MN<br>763-315-4548 |
| 13. | **Shipped to Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | Not Applicable |
| 15. | **Handled By:** | 241 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

STATE OF MINNESOTA                                         DISTRICT COURT

COUNTY OF HENNEPIN                                    FOURTH JUDICIAL DISTRICT
                                                                          Case Type: Contract - Other
_____

Patrick and Colleen Bollom,

                              Plaintiffs,

vs.                                                                    **SUMMONS**

Brunswick Corporation, a foreign corporation
transacting business in the State of Minnesota
d/b/a Sea Ray Boats and MarineMax, Inc., a
foreign corporation,

                              Defendants.
_____

THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANTS:

    **1.**    **YOU ARE BEING SUED**. The Plaintiffs have started a lawsuit against you.
The Plaintiffs' Complaint against you is attached to this Summons. Do not throw these papers
away. They are official papers that affect your rights. You must respond to this lawsuit even though
it may not yet be filed with the Court and there may be no court file number on this Summons.

    **2.**    **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR
RIGHTS**. You must give or mail to the person who signed this summons **a written response**
called an Answer within 20 days of the date on which you received this Summons. You must send
a copy of your Answer to the person who signed this Summons located at:

> Todd E. Gadtke
> Gadtke Law Firm, P.A
> 11210 – 86th Avenue North
> Maple Grove, MN 55369
> Telephone: (763) 315-4548

    **3.**    **YOU MUST RESPOND TO EACH CLAIM**. The Answer is your written
response to the Plaintiffs' Complaint. In your Answer you must state whether you agree or disagree
with each paragraph of the Complaint. If you believe the Plaintiffs should not be given everything
asked for in the Complaint, you must say so in your Answer.

**4.    YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS**. If you do not answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiffs everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond.  A default judgment can then be entered against you for the relief requested in the Complaint.

**5.    LEGAL ASSISTANCE**.  You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

**6.    ALTERNATIVE DISPUTE RESOLUTION**.  The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

The object of this action is a civil claim.

Date: October 3, 2018                         **GADTKE LAW FIRM, P.A.**

By:  _____
Todd E. Gadtke (#276704)
11210 – 86th Avenue North
Maple Grove, MN 55369
Telephone: (763) 315-4548
tgadtke@gadtkelawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT
Case Type - Contract

---

Patrick and Colleen Bollom,

      Plaintiffs,

vs.

Brunswick Corporation, a foreign corporation
transacting business in the State of Minnesota
d/b/a Sea Ray Boats and MarineMax, Inc., a
foreign corporation,

      Defendants.

**COMPLAINT**

---

Plaintiffs Patrick and Colleen Bollom ("Plaintiffs"), as and for their cause of action against

Defendants, allege as follows:

1.

At all times relevant to Plaintiffs' claims in this case, Plaintiffs have resided at 1790

Berkeley Avenue, City of St. Paul, State of Minnesota.

2.

Defendant Brunswick Corporation d/b/a Sea Ray Boats (hereinafter "Defendant Sea Ray")

is a foreign corporation transacting business in the State of Minnesota.

3.

Defendant MarineMax, Inc. (hereinafter "Defendant MarineMax") is a foreign corporation

transacting business in the State of Minnesota.

1

4.

Defendant Sea Ray continually and systematically transacts business in the State of Minnesota by selling boats to its authorized dealers in the State of Minnesota, which are then sold to Minnesota consumers.

5.

Defendant MarineMax continually and systematically transacts business in the State of Minnesota by selling boats to Minnesota consumers.

6.

On or about October 21, 2015, Plaintiffs purchased a 2015 Sea Ray 370 Venture boat, serial number STBD: 12B138269 (subject boat) from Defendant MarineMax's location in Bayport, Minnesota.

7.

Defendant Sea Ray manufactured the subject boat.

8.

Included with the purchase of the subject boat were Defendants' written express and implied warranties.

9.

The problems, conditions, malfunctions and/or defects experienced by Plaintiffs are evidenced by, but not necessarily limited to, those items set forth on the attached Exhibit A as well as any and all other complaints reported by Plaintiffs to Defendants.

10.

Said Exhibit A is incorporated herein as if fully stated.

2

11.

Defendants are foreign corporations.  Defendant MarineMax maintains a resident agent in Hennepin County.  Therefore, pursuant to Minn. Stat. § 542.09, venue is proper in Hennepin County

12.

Because Defendants were unable to remedy the problems with the subject boat in a reasonable and timely manner, Plaintiffs, through their attorney, unequivocally revoked their acceptance of the subject boat directly via letter dated November 21, 2017 to Defendants and also informed Defendants of their breaches of express and implied warranties of merchantability.

13.

Defendants failed to meaningfully negotiate a pre-lawsuit resolution of this matter and, therefore, this lawsuit was brought.

## COUNT 1- AGAINST BOTH DEFENDANTS
## VIOLATION OF 15 U.S.C. SECTION 2301 *ET SEQ.*
## ("MAGNUSON-MOSS WARRANTY ACT")

14.

Plaintiffs reallege Paragraphs 1 through 13 as though fully set forth herein.

15.

The subject boat is a "consumer product" as the Magnuson-Moss Warranty Act defines that term.

3

16.

The warranty purchased by Plaintiffs and sold by Defendants is a "warranty" as the

Magnuson-Moss Warranty Act defines that term.

17.

Plaintiffs are "consumers" as the Magnuson-Moss Warranty Act defines that term.

18.

Defendants are "warrantors" and/or "sellers" and/or "merchants" as the Magnuson-Moss

Warranty Act and state law defines those terms.

19.

Defendants have failed to conform the subject boat to its written/express warranty after a

reasonable number or repair attempts or number of days.

20.

Defendants have provided a boat that was not fit for its ordinary purposes and that would

not pass without objection in the trade.

21.

Defendants have therefore violated the Magnuson-Moss Warranty Act, thereby entitling

Plaintiffs to, as permitted by Minnesota law, (i) revoke acceptance of the boat, (ii) receive a full

refund of the purchase price of the boat plus all out of pocket expenses related to the boat, (iii)

recover loss of use damages measured by the cost to rent a like boat for the periods during which

the subject boat has not conformed to the written or implied warranties, plus, as provided by the

Magnuson-Moss Warranty Act, (iv) receive the reasonable legal fees and litigation costs incurred

prosecuting this matter.

4

### COUNT 2 – AGAINST DEFENDANT SEA RAY
### BREACH OF EXPRESS WARRANTY
### (VIOLATION OF MINN. STAT. § §§ 336.2-607 and 336.2-714)

22.

Plaintiffs reallege Paragraphs 1 through 21 as though fully set forth herein.

23.

Plaintiffs notified Defendant Sea Ray of its failure to remedy numerous defects, conditions, problems and/or malfunctions in the subject boat within a reasonable time after discovering them.

24.

Defendant Sea Ray's express warranty required them to remedy the defects, conditions, problems and/or malfunctions in the subject boat, but Defendant Sea Ray failed to do so, or to do so within a reasonable period of time or number of attempts. Defendant Sea Ray has, therefore, breached its warranty to Plaintiffs.

25.

Defendant Sea Ray's breach of its warranty has directly and proximately caused Plaintiffs' damages.

26.

Defendant Sea Ray has thereby violated Minn. Stat. § 336.2-607. Plaintiffs are therefore entitled to recover their actual damages, together with all incidental and consequential damages including, but not limited to, loss of use damages from Defendant Sea Ray, and reasonable legal fees and litigation costs under 15 U.S.C. § 2310.

5

## COUNT 3 – AGAINST BOTH DEFENDANTS
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
## (VIOLATION OF MINN. STAT. § 336.2-314)

27.

Plaintiffs reallege Paragraphs 1 through 26 as though fully set forth herein

28.

Defendants are merchants with respect to the subject boat purchased by Plaintiffs.

29.

Included with Plaintiffs' purchase of subject boat was an implied warranty of merchantability.

30.

The subject boat was of a character and quality that it would not pass without objection in the trade under the contract description.

31.

The subject boat was not fit for the ordinary purpose for which such good are used.

32.

The subject boat was not of fair average quality within the contract description.

33.

The subject boat did not run, within the variations permitted by the agreement, of even kind, quality and quantity.

34.

Defendants did not effectively exclude said warranty of merchantability.

6

35.

Defendants did not effectively modify said warranty of merchantability

36.

Defendants have therefore breached its implied warranty of merchantability to Plaintiffs.

37.

Plaintiffs are therefore entitled to recover actual damages, together with all incidental and

consequential damages from Defendants as provided by Minnesota law plus legal fees and

litigation costs incurred pursuant to 15 U.S.C. § 2310(d).

### COUNT 4—AGAINST BOTH DEFENDANTS
### REVOCATION OF ACCEPTANCE
### (VIOLATION OF MINN. STAT. § 336.2-608)

38.

Plaintiffs reallege Paragraphs 1 through 37 as though fully set forth herein.

39.

Plaintiffs reported the nonconformities outlined above to Defendant SeaRay during the

term of the applicable express warranties and within a reasonable time after discovering the same.

40.

The nonconformities outlined above substantially impair the value of the subject boat.

41.

Plaintiffs unequivocally revoked acceptance of the subject boat within a reasonable time

after discovery of the nonconformities outlined above.

42.

Plaintiffs are therefore entitled to recover the full purchase price of the subject boat plus all incidental and consequential damages including, but not limited to, loss of use damages and reasonable legal fees and litigation costs pursuant to 15 U.S.C. § 2310.

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendants for damages, attorney fees and litigation costs in a reasonable amount cumulatively in excess of $50,000 and to be specifically proven at the time of trial, together with their pre-judgment and post-judgment interest and all other costs the Court deems just.

## ACKNOWLEDGEMENT

Plaintiffs assert these claims in good faith, and acknowledge that costs, disbursements, and reasonable attorney and witness fees may be awarded to the opposing party as provided by Minnesota Statutes § 549.211, subd. 2 (1994).

Date: October 3, 2018                    GADTKE LAW FIRM, P.A.


By: _____
Todd E. Gadtke (#276704)
11210 – 86th Avenue North
Maple Grove, MN 55369
Telephone: (763) 315-4548

ATTORNEYS FOR PLAINTIFFS

BOLLOM 370 VENTURE PUNCH LIST

9/21/2016

Colleen Bollom - 651-253-5283

Patrick Bollom - 612-599-8096

Larry Jenc - 763-486-0227

Chris Voss - 910-443-4595

Larry Raustad - 865-540-2053

| No. | Issue | Responsibility | Completion Date | Notes: |
|---|---|---|---|---|
| 1.0 | Bow lounge pad | Chris Voss | Done | On order per Chris since June 14. Installed 7/28/16 |
| 2.0 | Hank crank for windlass | Larry | Done | |
| 3.0 | Water pump - no running water in sinks or toilet | Larry | Done | |
| 3.1 | Water in Aft floor compartment | Larry | Done | Alarm is not being triggered, but standing water in compartment? |
| 4.0 | Automatic trim tabs, Skyhook - GPS not installed and configured | Larry | Done | |
| 5.0 | Install Doggy Dock | Chris Voss | Done | Larry declined installing Doggy Dock due to the swim platform design. It was installed and the first time it was used, the screw and casing came out of the swim platform; See 28. |
| 6.0 | Adjust swim ladder so that it doesn't slide loose when boat under way | Larry | Done | |
| 7.0 | Adjust head vanity latch | Larry | Done | |
| 8.0 | Cushions for top of outboard hatch | Chris Voss | Done | |
| 9.0 | Fenders | Chris Voss | Done | |
| 10.0 | Bow ladder | Larry | Done | After purchase request |
| 11.0 | Permanently tie off waste discharge | Larry | Done | Colleen would like to verify w/ Larry |
| 12.0 | Namaste - boat name lettering | Chris Voss / Colleen | Done | $340 - Emailed receipt from Froggy's Detail 7/28/16 |
| 13.0 | LED lights on stern | NA | NA | Indicates outboard engines are running |
| 14.0 | Upholstery information | Chris Voss | Done | |
| 15.0 | Warning notice flashing on middle console when engines started | Larry | Done | |
| 16.0 | Windlass Inoperable | Larry | Done | |
| 16.1 | Windlass compartment door handle adjustment | Larry | Done | |
| 17.0 | Doggy Dock information and extra parts | Chris Voss | Done | |
| 18.0 | Cockpit refrigerator doesn't turn off in compartment or by circuit | Larry | Pending | |
| 19.0 | Water temperature gauge displays 101 degrees | Larry | Done | Originally Larry and I discussed that this sensor may not have been a feature or the 370 Venture and not installed at factory thus it reads 106 degrees???; July 4th weekend temperature gauge read 94 degrees.  Is this really a factory set-up—or just not functioning properly??? |

EXHIBIT A

1 of 3

BOLLOM 370 VENTURE PUNCH LIST          9/21/2016          Chris Voss

| # | Description | Assigned | Done | Notes |
|---|---|---|---|---|
| 20.0 | VHF radio cover missing | Chris Voss | Done | |
| 21.0 | Salon table | Larry | Pending | Larry adjusted it week of June 20; It slipped July 4 weekend; We adjusted it again, but are concerned that if we do it much tighter we will crack the plastic lever. Slipped again when my husband laid on the cushions??? |
| 22.0 | Bow speakers do not work | Chris Voss | Done | Yeah—found the ceiling switches! |
| 23.0 | User guides and manuals - Can someone locate a manual for the cooking stove??? | Larry | Pending | Colleen was able to download several from internet; Once boat is stabilized, Bolloms would like to make sure we are able to properly download updates on Raymarine without causing additional issues. |
| 24.0 | Letters for boat name lettering need to be 4" per USCG regulations | Chris Voss | Done | Charge will be credited against existing MarineMax invoice |
| 25.0 | Bow ladder to be installed when windlass repaired | Larry | Done | |
| 26.0 | Shower pump compartment in Aft has water again. | Larry | See Notes 3.1 | Colleen wants to know if this is operating properly |
| 27.0 | Redo fiberglass patches on bow (about 5 off white streaks on bow) | Chris Voss | Pending | Chris Haus |
| 28.0 | Fill doggy dock screw holes | Chris Voss | Done | See 5.0 |
| 29.0 | Door to cabin "sticks" and now will not lock w/ key | Larry | Done | Seems to have resolved itself??? |
| 30.0 | Contact SeaRay to determine the brand of interior and exterior fabrics for proper maintenance and cleaning | Chris Voss | Done | Based on internet search Colleen believes they are Sunbrella??? Was told to use Fantastik from upholstery installer? |
| 31.0 | Kohler generator would not start | Larry | Done | Error code 62, 1000, 1001 |
| 32.0 | Carbon monoxide alarm beeping intermittently and disabled by boat owner | Larry | Done | Green light flashing w/ red light off |
| 33.0 | Helm controls (Raymarine, marine radio, depth finder) not work when returning from Hudson | Larry | Done | |
| 34.0 | Missing turn handle on Aft blind - VBW-927/400-1-EWZ5GWCRL-W | Andy | Done | Oceanair Marine Ltd (US) Specification Blind Job ID 116800-05-01 |
| 35.0 | Complete and sign Customer Acceptance Form w/ Colleen | MarineMax/Searay | ??? | Requested written warrenty extension from Sea Ray |
| 36.0 | Boat operation and maintenance training w/ Larry | Larry | Sept | Completed Sept 19 |
| 37.0 | Mercury Recall - Outboard Customer Service 2015-09 | Larry/Andy | | Inspect the steering cylinder |
| 38.0 | Kohler Marine Generator Set Owner Letter Number 15-10M | Larry | Done | |
| 39.0 | Asked Andy to order spare waste tank cap (7/28/16) | Andy | Done | After purchase request |
| 40.0 | Vent in head appears to not be working??? | Andy | Done | Need to turn on Accy 1 switch; What else connected to Accy 1 switch?? |
| 41.0 | Generator Shut down Error - 58 Warning | Larry | Done | Defective cap - loss of coolant |
| 42.0 | Bulb light in cabin aft ceiling "burned out" | Larry | Done | Two were changed. |
| 43.0 | Discuss the possibility of adjusting throttle and shift (DTS) tension | Larry | Done | See page 54 in Mercury manual |

BOLLOM 370 VENTURE PUNCH LIST

9/21/2016

| 44.0 | Water (dirty?) in the bilge | Larry | Done | Larry explained that this was the result of the boat design when the zipper lays inward to the the cockpit and rainwater drains into the bilge |
|------|------|------|------|------|
| 45.0 | Starboard Fuel gauge not registering gas tank Full | SeaRay | Done | See email from Colleen Bollom dated 8/29/16 |
| 46.0 | Battery Charge / Generator Start capacity | SeaRay | Done | See email from Colleen Bollom dated 8/29/16 |
| 47.0 | VesselView not registering M/hr or depth | Larry | Done | VesselView was programmed/reset to not read |

BOLLOM 370 VENTURE PUNCH LIST

9/18/2017

1 of 1

2017

Colleen Bollom - 651-253-5283
Patrick Bollom - 612-599-8096

Larry Jenc - 763-486-0227
Chris Voss - 910-443-4595
Larry Raustad - 865-540-2053

| No. | Issue | Responsibility | Email Date | Completion Date | Notes: |
|---|---|---|---|---|---|
| 1.0 | Port side fuel sensor | MarineMax | 5/7/2017 | DONE | |
| 2.0 | MPH gauge sensor | MarineMax | 6/28/2017 | | |
| 3.0 | Generator beeping during boat detailing - Andy told me to power off house battery under captain's chair | MarineMax | 5/28/2017 | 5/28/2017 | Call to Andy; Documented via text to Larry Jenc |
| 4.0 | Stove convection hot plate | | 7/5/2017 | 8/19/2017 | |
| 5.0 | Generator - AF Error | MarineMax | 7/5/2017 | 7/11/2017 | Battery replaced |
| 6.0 | Outboard engines shut off while attempting to tie up to boat | | 7/5/2017 | | |
| 7.0 | Seal around sink | | 7/5/2017 | | |
| 9.0 | Stress cracks in fiberglass on elbow of boat cockpit arch | | 7/5/2017 | | Tim Little told me Chris Haus worked on the boat week of 8/14; No correspondence from MarineMax |
| 10.0 | House battery was "bad" per email from Chris Voss | | 7/10/2017 | 7/11/2017 | |
| 11.0 | Cockpit lights on boat automatically turn-on when toggled off | | 7/31/2017 | | |
| 12.0 | Recommended connecting the generator to STBD battery | SeaRay | 8/3/2017 | | |
| 13.0 | Recommended voltmeter for House battery | SeaRay | 8/4/2017 | | |
| 14.0 | Broken key in cabin door | | 8/21/2017 | | |

BOLLOM 370 VENTURE PUNCH LIST

11/21/2017

1 of 1

2017

Colleen Bollom - 651-253-5283
Patrick Bollom - 612-599-8096

Larry Jenc - 763-486-0227
Chris Voss - 910-443-4595
Larry Raustad - 865-540-2053

| No. | Issue | Responsibility | Email Date | Completion Date | Notes |
|---|---|---|---|---|---|
| 1.0 | Port side fuel sensor | | 5/7/2017 | DONE | |
| 2.0 | MPH gauge sensor | MarineMax | 6/28/2017 | | Outstanding issue |
| 3.0 | Generator beeping during boat detailing - Andy told me to power off house battery under captain's chair | MarineMax | 5/28/2017 | 5/28/2017 | Call to Andy; Documented via text to Larry Jenc |
| 4.0 | Stove convection hot plate | | 7/5/2017 | 8/19/2017 | |
| 5.0 | Generator - AF Error | MarineMax | 7/5/2017 | 7/11/2017 | Battery replaced |
| 6.0 | Outboard engines shut off while attempting to tie up to boat | | 7/5/2017 | | Outstanding issue |
| 7.0 | Seal around sink | | 7/5/2017 | | Still outstanding |
| 9.0 | Stress cracks in fiberglass on elbow of boat cockpit arch | | 7/5/2017 | | Tim Little told me Chris Haus worked on the boat week of 8/14. No correspondence from MarineMax. This is completed per MarineMax. |
| 10.0 | House battery was "bad" per email from Chris Voss | | 7/10/2017 | 7/11/2017 | |
| 11.0 | Cockpit lights on boat automatically turn-on when toggled off | | 7/23/2017 | | Outstanding issue |
| 12.0 | Recommended connecting the generator to STBD battery | SeaRay | 8/3/2017 | | Colleen approved 9/19 - status? |
| 13.0 | Recommended voltmeter for House battery | SeaRay | 8/4/2017 | | Colleen approved 9/19 - status? |
| 14.0 | Broken key in cabin door | | 8/21/2017 | | Repaired; Charged to customer???? |
| 15.0 | Generator Error 63 and Fault 15.3 error (coolant) | MarineMax | 9/10/2017 | 9/14/2017 | Repaired impeller; Owner responsible for cleaning water intake screen |
| 16.0 | Port fuel gauge calibration | MarineMax | 9/21/2017 | | |
| 17.0 | Beeping - related to joystick per Andy email 10/9/17 | MarineMax | 10/11/2017 | | Bulletin - Joystick needs to be replated |

OCT 0 5 2018